UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | Crim. No. 3:20-cr-93 (JBA) |
|---|---|
| v. | |
| WILTON REYNOSO | August 18, 2023 |

**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**

On November 14, 2022, Mr. Reynoso filed his *pro se* motion for compassionate release [Doc. # 328] under 18 U.S.C. §3582 (c)(1)(A)(i) seeking early release from his 60-month sentence for drug trafficking, claiming particular susceptibility to the COVID-19 virus at Federal Correctional Institute Allenwood Medium from which he is currently scheduled for release on January 4, 2024. (Wilton Reynoso, Register Number: 02338-509; *Find an Inmate*, FED. BUREAU OF PRISONS, https://www.bop.gov/inmateloc) (last accessed August 17, 2023). The Court recalls that Mr. Reynoso recounted at his sentencing on September 13, 2021, the difficulties and lingering effects of his earlier COVID-19 infection contracted while he was detained. He has now received two Moderna vaccinations and a booster and has contracted no further COVID-19 infection to date.

The particularized susceptibility to COVID-19 infection he claims is a history of heavy and prolonged smoking, obesity, severe asthma and an immunocompromised condition related to inhaler use, as well as the harsh conditions of confinement which, in combination, he maintains constitute extraordinary and compelling reasons warranting release. The Government correctly observes that he has submitted no supporting records and raises nothing new from his presentation of his medical conditions at sentencing on September 13, 2021.

As his Warden observed in response to his administrative request for compassionate

release "…[y]ou, like all of us, have legitimate concerns and fears about the spread and effects of the virus." (Exh. B, "Inmate Request to Staff Response 9/22/22.). However, under 18 U.S.C. § 3582(c)(1)(A), legitimate concerns are not enough; Mr. Reynoso must demonstrate "extraordinary and compelling reasons" to warrant a reduction in sentence, and under his current circumstances, he cannot do so. Prison conditions at FCI Allenwood Medium related to COVID-19 spread risk have improved both because of increased vaccinations among inmates overall, and Defendant's own vaccination. *COVID-19 Modified Operations Plan & Matrix*, FED. BUREAU OF PRISONS, https://www.bop.gov/coronavirus/covid19_modified_operations_guide.jsp (last accessed August 17, 2023). The risk posed to an inmate based on his particular susceptibility may, in some instances, present such extraordinary and compelling circumstances; however, according to the BOP website, FCI Allenwood Medium operates at a Level One (the lowest level) and BOP COVID-19 statistics indicate that he is now at less risk of infection than before. *Id.*; *FCI Allenwood Medium,* FED. BUREAU OF PRISONS, https://www.bop.gov/locations/institutions/alm/ (last accessed August 17, 2023).

Defendant makes no showing that he individually is at such a substantial risk from COVID-19 complications at this time that his situation warrants relief, particularly now that he is vaccinated. *See United States v. Espinal,* No. 10-CR-74(JFB), 2021 WL 3566579, at *3 (E.D.N.Y. Aug. 12, 2021). Mr. Reynoso's current risk of again contracting COVID-19 as an inmate is even less than at the time of sentencing based on the conditions at FCI Allenwood, and Mr. Reynoso presents no additional medical conditions that were not present when the Court sentenced him and took his medical conditions into account in fashioning an appropriate sentence.

Given the overall reduction in the risk of COVID-19 infection at this time, and the absence of any new risk factors presented by Mr. Reynoso, the Court finds no extraordinary

and compelling circumstances which warrant compassionate release. Accordingly, Defendant's Motion for Compassionate Release is denied.

IT IS SO ORDERED.

/s/

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 18th day of August 2023.